USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/04/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH ADELA LOPEZ,<br>Plaintiff,<br>-v-<br>CAPITOL ISLAND, INC.,<br>Defendant. | 26-cv-1553 (LJL)<br>ORDER |

LEWIS J. LIMAN, United States District Judge:

The Court held an initial pretrial conference on August 4, 2026. Neither Plaintiff nor Defendant appeared at the conference. The conference is adjourned to August 11, 2026 at 2:00 p.m. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322. Parties are reminded to jointly submit, by one week prior to the conference, a proposed Case Management Plan and Scheduling Order consistent with the Court's individual practices.

Plaintiff's counsel is advised that if she does not appear at the conference, the case may be dismissed for failure to prosecute.

SO ORDERED.

Dated: August 4, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge